JENNIE L. ETTINGER, Individually and as Administratrix of the Estate of EMANUEL ETTINGER, Deceased, Respondent, v. COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.—

Close, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

GENERAL AMERICAN LIFE INSURANCE COMPANY, Appellant, v. PHYLLIS ETTINGER, Respondent.—

Close, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

FRANCES HOLMES, Plaintiff, v. CITY OF NEW YORK, Appellant. SYLVESTER HOLMES et al., Respondents.—

No opinion. Close, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur. [180 Misc. 364.]